**State of Rhode Island and Providence Plantations**
**Office of the Secretary of State**

Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615
Telephone: (401) 222-3040

A. RALPH MOLLIS Secretary of State

## *RUBY TUESDAY, INC.* Summary Screen

[?] Help with this form

Request a Certificate

**The exact name of the Foreign Corporation:** RUBY TUESDAY, INC.

**The name was changed from:** RUBY TUESDAY (GEORGIA), INC. **on** 6/6/1997

**Entity Type:** Foreign Corporation

**Identification Number:** 000088482

**Date of Qualification in Rhode Island:** 03/07/1996

**The Foreign Corporation is organized under the laws of:** State: GA Country: USA

**The location of its principal office:**
No. and Street: 150 WEST CHURCH AVENUE
City or Town: MARYVILLE State: TN Zip: 37801 Country: USA

**The mailing address or specified office:**
No. and Street:
City or Town: State: Zip: Country:

**Agent Resigned:** N **Address Maintained:** Y

**Name and address of the Registered Agent:**
No. and Street: 10 WEYBOSSET STREET
City or Town: PROVIDENCE State: RI Zip: 02903
Name: CT CORPORATION SYSTEM

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| PRESIDENT | SAMUEL E BEALL III | 150 WEST CHURCH AVENUE<br>MARYVILLE, TN 37801 USA |

**The total number of shares and par value, if any, of each class of stock which the business entity is**

EXHIBIT
B

**authorized to issue:**

| Class of Stock | Series of Stock | Par Value Per Share | Total Authorized Shares *Num of Shares* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|---|
| CWP | | $0.01 | 100,250,000.00 | 63,687.00 |

**Purpose**

RETAIL RESTAURANT BUSINESS.

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application for Amended Certificate of Authority
Application for Certificate of Authority
Application for Certificate of Withdrawal

Click Here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification Number is Required

View Filings | New Search

© 2007 - 2008 State of Rhode Island and Providence Plantations
All Rights Reserved

Help