**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Jackie Collins, alias Marc Taylor,** | * | **CIVIL ACTION NO.** |
| **Plaintiff** | * | |
| **v.** | * | **SECTION " "** |
| **Ruby Tuesday, Inc., alias, And Michael Vaccaro, alias, And Robert Kiff, Alias,** | * | |
| **Defendants** | * | |
| * * * * * * | * | |

**DECLARATION OF MICHAEL VACARRO**

I, Michael Vacarro, am a person of at least 18 years of age, am competent to make a statement under oath, and hereby make the following declaration based on my personal knowledge under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I have resided in Somerset, Massachusetts for the past 15 years. I have owned my home in Somerset, Massachusetts since 1993.

2. My vehicle is registered in the State of Massachusetts and I possess a driver's license issued by the State of Massachusetts.

3. I pay income, property and vehicle taxes in the State of Massachusetts.

4. I am a citizen of the State of Massachusetts.

5. I am not a citizen of the State of Rhode Island.

Michael Vacarro

3/10/08
DATE

{N1779252.1}

EXHIBIT
C