**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Jackie Collins, alias** | * | |
| **Marc Taylor,** | * | **CIVIL ACTION NO.** |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **SECTION " "** |
| | * | |
| **Ruby Tuesday, Inc., alias,** | * | |
| **And Michael Vaccaro, alias,** | * | |
| **And Robert Kiff, Alias,** | * | |
| | * | |
| **Defendants** | * | |
| * * * * * * | * | |

**DECLARATION OF ROBERT KIFF**

I, Robert Kiff, am a person of at least 18 years of age, am competent to make a statement under oath, and hereby make the following declaration based on my personal knowledge under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a citizen and resident of Attleborough, Massachusetts, where I have lived for the past five years.

2. I do not own, use or possess real property in the State of Rhode Island.

3. I am registered to vote in the State of Massachusetts.

4. My vehicle is registered in the State of Massachusetts and I possess a driver's license issued by the State of Massachusetts.

5. I pay income and vehicle taxes in the State of Massachusetts.

6. I am not a citizen of the State of Rhode Island.

Robert Kiff
[signature]
DATE
3/10/08

{N1779247.1}

EXHIBIT
D