**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Jackie Collins, alias** | * | |
| **Marc Taylor,** | * | **CIVIL ACTION NO.** |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **SECTION " "** |
| | * | |
| **Ruby Tuesday, Inc., alias,** | * | |
| **And Michael Vaccaro, alias,** | * | |
| **And Robert Kiff, Alias,** | * | |
| | * | |
| **Defendants** | * | |
| * * * * * * | * | |

**AFFIDAVIT OF JENNY HUTTO**

**STATE OF TENNESSEE**
**COUNTY OF BLOUNT**

**BEFORE ME,** the undersigned authority, came and appeared

**JENNY HUTTO**

Who after being duly sworn did depose and state:

1. I am employed as an Employment Claims Manager at Ruby Tuesday, Inc. ("Ruby Tuesday"). In this capacity, I am personally familiar with the compensation records of Marc Taylor ("Taylor"), a former employee of Ruby Tuesday in Johnston, Rhode Island.

2. At the time of his discharge, Taylor's hourly wage was $3.00, plus tips.

3. During Plaintiff's employment, he earned an average of $180.26 per week.

4. On an annualized basis, Plaintiff would have earned $9,373.52.

{N1778399.1}

EXHIBIT
E

I swear the above and foregoing is true as a matter of my personal knowledge.

Jenny Hutto

Sworn to and subscribed before me
this 10 day of March, 2008.

NOTARY PUBLIC

Commission expires December 7, 2010

CHARLES L. MCGUFFY
STATE OF TENNESSEE
NOTARY PUBLIC
KNOX COUNTY