STATE ?HODE ISLAND AND PROVIDENCE PLAN ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-5407 JACKIE COLLINS V RUBY TUESDAY INC

Filing Date: 10-10-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 03-12-2008

Plaintiff: JACKIE COLLINS
ID: @10934381
Attorney: GERARD DONLEY

Plaintiff: MARC TAYLOR
ID: @10934382
Attorney: GERARD DONLEY

Defendant: RUBY TUESDAY INC
ID: @10934383

Defendant: MICHAEL VACCARO
ID: @10934384

Defendant: ROBERT KIFF
ID: @10934385

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 10-10-2007 | COMPLAINT FILED | |
| 10-10-2007 | INITIAL FILING FEE | |
| 10-10-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP258254. |
| 03-12-2008 | NOTICE OF REMOVAL | |
| 03-12-2008 | CASE REMVD TO US DISTRICT CT | CA # - 08-90T |
| 03-12-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island