**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JACKIE COLLINS, alias MARK TAYLOR** | ) |
| **Plaintiff,** | ) |
| **V.** | ) **CIVIL ACTION NO. 2008-90** |
| **RUBY TUESDAY, INC., MICHAEL VACARRO, and ROBERT KIFF** | ) |
| **Defendants.** | ) |

**ASSENTED-TO MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE OF JENNIFER L. ENGLANDER**

Defendant Ruby Tuesday, Inc. hereby moves that Jennifer L. Englander, Esq., of the law offices of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P, 201 St. Charles Avenue, New Orleans, Louisiana, 70170, (504) 582-8000, be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

1. This case involves the following complex area of the law, in which Defendant's counsel specializes: labor and employment related matters;

2. Jennifer L. Englander, Esq., and the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P have a long-standing attorney-client relationship with Defendant Ruby Tuesday, Inc..

3. Ms. Englander is a member in good standing admitted to the bar of the State of Louisiana since 2005 and the bar of the State of North Carolina since 2003. She is also admitted to practice in the following courts: the United States District Courts for the Eastern,

Western, and Middle Districts of Louisiana; and the United States Courts of Appeals for the Fifth Circuit.

4. Ms. Englander has not applied to be admitted in this Court for any other case in the preceding 24 months.

5. Ms. Englander agrees to observe and to be bound by the local rules and orders of this Court and Rhode Island Rules of Professional Conduct.

6. Rebecca McSweeney, Esq., whose address and bar identification number are provided below, is actively engaged in the practice of law in Rhode Island and her firm maintains an office in Rhode Island for that practice. Ms. McSweeney will serve as local associate counsel.

7. Ms. Englander and Ms. McSweeney both agree that they will comply fully with Rule 5 of the Local Rules.

8. In support of this motion, the Affidavits of Ms. Englander and Ms. McSweeney are attached hereto at Tab A and Tab B, respectively.

9. Defendant's have obtained the consent of Plaintiff's counsel for moving to admit Ms. Englander *pro hac vice*.

Respectfully submitted,

/S/

Rebecca McSweeney (R.I. Bar No. 4020)
JACKSON LEWIS LPP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

AND

Cornelius R. Heusel (La. Bar No. 06849),
*Pro hac vice* pending
Jennifer L. Englander (La. Bar No. 29572),
*Pro hac vice* pending
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
Email: nheusel@joneswalker.com
Email: jenglander@joneswalker.com
*Attorneys for Defendant, Ruby Tuesday, Inc.*

DATED: March 28, 2008

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 28th day of March, 2008, a copy of the foregoing document was served using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record:

Gerard H. Donley, Esq.
1 Turks Head Place
Suite 503
76 Westminster Street
Providence, Rhode Island 02903

/S/
Rebecca McSweeney