**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JACKIE COLLINS, alias MARK TAYLOR** | ) | |
| **Plaintiff,** | ) | |
| **V.** | ) | **CIVIL ACTION NO. 2008-90** |
| **RUBY TUESDAY, INC., MICHAEL VACARRO, and ROBERT KIFF** | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF REBECCA MCSWEENEY IN SUPPORT OF THE MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE* OF CORNELIUS R. HEUSEL**

I, Rebecca McSweeney, in support of the Motion for Entry of Appearance *Pro Hac Vice* of Cornelius R. Heusel hereby state as follows:

1. I certify that I will comply fully with Local Rule 5 in its entirety and specifically as it relates to my participation as local associate counsel in the above matter.

Signed under the pains and penalties of perjury this 1st day of April, 2008.

/S/
Rebecca McSweeney

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 1st day of April, 2008, a copy of the foregoing document was served using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record:

Gerard H. Donley, Esq.
1 Turks Head Place
Suite 503
76 Westminster Street
Providence, Rhode Island 02903

/S/
Rebecca McSweeney