**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JACKIE COLLINS, alias MARK TAYLOR** | ) | |
| **Plaintiff,** | ) | |
| **V.** | ) | **CIVIL ACTION NO. 2008-90** |
| **RUBY TUESDAY, INC., MICHAEL VACCARO, and ROBERT KIFF** | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF JENNIFER L. ENGLANDER IN SUPPORT OF THE MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE***

I, Jennifer L. Englander, in support of the Motion for Entry of Appearance *Pro Hac Vice* hereby state as follows:

1. I have been retained by Defendant Ruby Tuesday, Inc. to represent it in the above-captioned litigation. Our office has represented Defendant Ruby Tuesday, Inc. for several years relative to labor and employment matters.

2. I have been admitted to the bar of the State of Louisiana since 2005 and the bar of the State of North Carolina since 2003. I am also admitted to practice in the following courts: the United States District Courts for the Eastern, Western, and Middle Districts of Louisiana; and the United States Courts of Appeals for the Fifth Circuit.

3. I have not applied to be admitted in this Court for any other case in the preceding 24 months.

4. I am a member of the bar in good standing in the jurisdiction in which I have been admitted to practice.

5. I have never been the subject of a professional disciplinary proceeding, and I do not have any complaints or other proceedings pending against me before any disciplinary board, commission, court or bar association.

6. I agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard for conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local associate counsel identified in the accompanying Motion for Entry of Appearance *Pro Hac Vice*, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Signed under the pains and penalties of perjury this 28th day of March, 2008.

Jennifer L. Englander (La. Bar No. 29572)
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8230
Facsimile: (504) 589-8230
Email: jenglander@joneswalker.com

AND

Rebecca McSweeney (R.I. Bar No. 4020)
JACKSON LEWIS LPP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

*Attorneys for Defendant, Ruby Tuesday, Inc.*

## CERTIFICATE OF SERVICE

This hereby certifies that on this 28 day of March, 2008, a copy of the foregoing document was served using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record:

Gerard H. Donelly, Esq.
1 Turks Head Place
Suite 503
76 Westminster Street
Providence, Rhode Island 02903

Rebecca McSweeney
Rebecca McSweeney