**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JACKIE COLLINS, alias MARK TAYLOR** | ) | |
| **Plaintiff,** | ) | |
| **V.** | ) | **CIVIL ACTION NO. 2008-90-T-DLM** |
| **RUBY TUESDAY, INC., MICHAEL VACCARO, and ROBERT KIFF** | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S RULE 12(C) MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Ruby Tuesday, Inc. ("Ruby Tuesday"), and respectfully moves this Court to dismiss with prejudice, in entirety, all of the claims asserted by Plaintiff, Marc Taylor, alias Jackie Collins, under Federal Rule of Civil Procedure 12(c) because based on the pleadings Plaintiff can prove no set of facts to establish his claims are timely and that he is entitled to relief. As such, Plaintiff's claims should be dismissed, with prejudice.

Wherefore, Ruby Tuesday respectfully prays that, after due consideration of this motion and the arguments and authorities in the accompanying memorandum in support attached hereto, this Court grant Ruby Tuesday's Rule 12(c) Motion to Dismiss, dismissing with prejudice, in entirety, all of the claims asserted by Plaintiff, Marc Taylor, *alias* Jackie Collins.

Respectfully submitted,

/S/ Rebecca McSweeney
Rebecca McSweeney (R.I. Bar No. 4020)

JACKSON LEWIS LPP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

AND

Cornelius R. Heusel (La. Bar No. 06849),
*Pro hac vice* pending
Jennifer L. Englander (La. Bar No. 29572),
*Pro hac vice* pending
JONES, WALKER, WAECHTER, POITEVENT, CARRERE
& DENEGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
Email: nheusel@joneswalker.com
Email: jenglander@joneswalker.com
*Attorneys for Defendant, Ruby Tuesday, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the _1st__ day of June, 2008, I electronically filed Defendant Ruby Tuesday, Inc.'s **Rule 12(c) Motion to Dismiss** using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record:

Gerard H. Donely, Esq.
1 Turks Head Place
Suite 503
76 Westminster Street
Providence, Rhode Island 02903

_/S/ Rebecca McSweeney____________________