**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARC TAYLOR,
Plaintiff

v. CA08-90T

RUBY TUESDAY, INC.,
Defendant

**ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND**

It is hereby ordered that Plaintiff Marc Taylor may have up to and including August 15th, 2008 to respond to Defendant Ruby Tuesday, Inc.'s Motion to Dismiss. No further extensions will be granted.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres,
Senior U.S. District Judge

Date: July 24, 2008