**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JACKIE COLLINS, alias** | ) | |
| **MARK TAYLOR** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2008-90-T** |
| | ) | |
| **RUBY TUESDAY, INC.,** | ) | |
| **MICHAEL VACARRO,** | ) | |
| **and ROBERT KIFF** | ) | |
| | ) | |
| **Defendants** | ) | |

---

**OBJECTION TO DEFENDANT'S RULE 12(C) MOTION TO DISMISS AND PRAYER FOR ADDITIONAL TIME TO REPLACE COUNSEL**

NOW INTO THE COURT, through undersigned counsel, comes Plaintiff, Jackie Collins, and respectfully objects to Defendant's Rule 12(c) Motion To Dismiss. Plaintiff further respectfully requests this Honorable Court for additional time in order to arrange for and secure replacement counsel as counsel-of-record finds he is unable to fulfill his obligations to his client, to the court, and to other opposing counsel.

Counsel-of-record has realized, albeit later than he should have, that he is not able to effectively represent the Plaintiff, to provide electronic filings as required by the local rules of the U.S. District Court for the District of Rhode Island in a timely fashion, or to conduct the necessary research from his current location in Italy to respond to Defendant's Memorandum of Law, as ordered by the court, by August 15, 2008. Counsel's inability to execute the required tasks on his client's behalf should not be visited upon Plaintiff or Plaintiff's legal rights and counsel feels obliged to respectfully request additional time to find successor counsel. As is also evident from the arguments presented by Defendants, counsel and Plaintiff may have unreconcilable interests and counsel feels obliged to counsel Plaintiff to seek alternative counsel.

Wherefore, Plaintiff respectfully prays that the Plaintiff's instant formal Objection be deemed sufficient response under the circumstances to permit an extension of time for the Plaintiff to seek new counsel.

Respectfully submitted,

/S/ Gerard H. Donley /
Gerard H. Donley (R.I. Bar No. 3509)

DATE: AUGUST 15, 2008

FILED BY EMAIL AS COUNSEL IS NOT ABLE TO FILE ELECTRONICALLY AS HE IS NOT PREREGISTERED.