**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JACKIE COLLINS, alias MARK TAYLOR** | ) | |
| **Plaintiff,** | ) | |
| **V.** | ) | **CIVIL ACTION NO. 2008-90-T-DLM** |
| **RUBY TUESDAY, INC., MICHAEL VACCARO, and ROBERT KIFF** | ) | |
| **Defendants.** | ) | |

**REPLY MEMORANDUM IN SUPPORT OF**
**DEFENDANT'S RULE 12(C) MOTION TO DISMISS**

NOW INTO COURT**,** through undersigned counsel, comes Ruby Tuesday, Inc. ("Ruby Tuesday") and, pursuant to Local Rule 7.2(b), submits this Reply Memorandum in support of its Rule 12(c) Motion to Dismiss (Rec. Doc. 16) and in response to Plaintiff Marc Taylor's objection to same.[1]

Ruby Tuesday filed its Motion to Dismiss on June 2, 2008. (Rec. Doc. 16). On July 24, 2008, more than one month after Plaintiff's deadline to respond to the Motion, the Court granted Plaintiff additional time, up to and including August 15, 2008, within which to file a Response. (Rec. Doc. 19). The Court's Order specifically stated "[n]o further extensions will be granted." *Id*.

[1] Ruby Tuesday did not receive electronic notice from the Court's CM/ECF system that Plaintiff's Objection had been filed, but submits this Reply Memorandum out of an abundance of caution and without waiving any objection to the proper filing of Plaintiff's objection.

On August 15, Plaintiff purported to file an "objection" to Ruby Tuesday's Motion. Plaintiff's objection lacked any substance and offered no caselaw or legal arguments to refute the Motion to Dismiss. Rather, Plaintiff simply objected and requested an additional extension of time raising, for the first time, the potential need for "alternative" counsel. Plaintiff based this perceived need on "the arguments presented by Defendants [sic]," which he was aware of as early as June 2, 2008.

Plaintiff has had ample opportunity – more than two months – within which to file a response to Ruby Tuesday's Motion to Dismiss or to seek alternative counsel to assist in filing a response. However, Plaintiff's request for a second extension of time should be denied not only because it is contrary to the Court's Order, but also because such an exercise would be futile in light of the clear legal precedent and authorities which support Ruby Tuesday's Motion. To entertain Plaintiff's request for more time at this late date would result in an unnecessary delay and a waste of the court's time and resources, as Plaintiff simply cannot show that his Complaint was timely served or that his Amended Complaint properly relates back to the original Complaint so that it could be considered timely filed.

Based on the foregoing, in combination with the arguments and authorities presented in Ruby Tuesday's Memorandum in Support of its Rule 12(c) Motion to Dismiss and in light of Plaintiff's failure to offer any substantive response to same, this Court should grant Ruby Tuesday's Motion, dismissing with prejudice, in entirety, all of the claims asserted by Plaintiff, Marc Taylor, *alias* Jackie Collins.

Respectfully submitted,

*/s/ Jennifer L. Englander*
Cornelius R. Heusel (La. Bar No. 06849),
*Pro hac vice* pending
Jennifer L. Englander (La. Bar No. 29572),
*Pro hac vice* pending
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
Email: nheusel@joneswalker.com
Email: jenglander@joneswalker.com

AND

*/s/ Rebecca McSweeney* _______________
Rebecca McSweeney (R.I. Bar No. 4020)
JACKSON LEWIS LPP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444
Facsimile: (401) 454-7702
Email: McsweenR@jacksonlewis.com

** Per Local Rule 204(e)(3) Ms. McSweeney provided her consent to add her electronic signature to this Reply Memorandum.

*Attorneys for Defendant, Ruby Tuesday, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2008, I electronically filed the foregoing **Reply Memorandum in Support of Defendant Ruby Tuesday, Inc.'s Rule 12(c) Motion to Dismiss** using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record, and that service of the foregoing was also made upon Plaintiff's counsel as follows:

Gerard H. Donely, Esq.
1 Turks Head Place, Suite 503
76 Westminster Street
Providence, Rhode Island 02903
ghdonley@mac.com

*/s/ Jennifer L. Englander*_____________