**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

JACKIE COLLINS, alias
MARK TAYLOR

Plaintiff
v. C.A. No. 08-90T

RUBY TUESDAY, INC.,
MICHAEL VACARRO,
and ROBERT KIFF

Defendants

**ORDER CONDITIONALLY GRANTING DEFENDANT'S MOTION TO DISMISS**

On June 6, 2008, defendant Ruby Tuesday, Inc. filed a motion to dismiss this employment discrimination claim on the grounds that plaintiff failed to serve the original complaint on Ruby Tuesday and that the amended complaint was filed more than 90 days after plaintiff received a Right-to-Sue Letter from the Rhode Island Commission of Human Rights and that it was, therefore, time-barred.

After plaintiff's counsel failed to appear at a pre-trial conference on June 18, 2008 because he was on a prolonged stay outside the United States, this Court issued an Order extending plaintiff's time to respond to the motion to dismiss to August 15, 2008. Plaintiff's counsel has responded by filing an objection to the motion to dismiss and requesting additional time to arrange for replacement counsel. He further expresses that he is unable to continue representing the plaintiff for a variety of reasons and he, apparently, has some differences with the plaintiff which may undermine the client-attorney relationship.

However, plaintiff's counsel has not formally moved to withdraw and he has not provided the Court with the ordinary requirements, to wit, an affidavit of nonmilitary service, his

client's address, and evidence that he has notified the client of his intention to withdraw from the case and that a motion to dismiss is currently pending.

Therefore, it is ordered that the case will be dismissed unless, within thirty (30) days of this Order, counsel files a motion to withdraw together with the aforementioned information. If the motion to withdraw is timely filed and granted by the Court, the motion to dismiss shall then be scheduled for a hearing within thirty (30) days thereafter, in order to afford the plaintiff an opportunity to obtain replacement counsel.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: August 21, 2008