### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

MARC TAYLOR, A/K/A
JACKIE COLLINS,
Plaintiff

    v.                                                                    C.A. No. 08-90T

RUBY TUESDAY, INC.,
MICHAEL VACCARO, and
ROBERT KIFF
Defendants

### JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants Ruby Tuesday, Inc., Michael Vaccaro, and Robert Kiff and against Plaintiff Marc Taylor pursuant to this Court's Order granting Defendants' Motion to Dismiss, dated December 9th, 2008.

                                                                Enter:

                                                                /s/ Ryan H. Jackson

                                                                Deputy Clerk

Dated: December 9, 2008